**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Gerard Walsh and Julie Walsh,** | Bankruptcy No. 17-01196 |
| **Debtor**. | Honorable Pamela S. Hollis |

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #33)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on March 1, 2018.

Dated: March 1, 2018

                                              **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Gerard Walsh and Julie Walsh,**

                                              By: /s/ Zane L. Zielinski
                                              Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF**
    **ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

**Mailing Information for Case** 17-01196

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **E. Philip Groben**    pgroben@gcklegal.com, bcervantes@gcklegal.com,rrodriguez@gcklegal.com
- **Ariane Holtschlag**    aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;holtschlagar43923@notify.bestcase.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Zhijun Liu**    jliu@wfactorlaw.com, jliu@ecf.inforuptcy.com;bharlow@wfactorlaw.com;nbouchard@wfactorlaw.com
- **Sara E Lorber**    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com

**Manual Service List**

| | |
|---|---|
| Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 |
| Marquette Vision Center<br>9612 Willow Lane<br>Mokena, Il 60448 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 |
| Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 |
| T Mobile/T-Mobile Usa Inc<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | The Huntington National Bank<br>Z James Liu<br>105 W Madison St Suite 1500<br>Chicago Il 60602 |
| Regional Recovery Services, Inc.<br>P.O. Box 3333<br>Munster, In 46321 | **Julie Walsh and Gerard Walsh**<br>19339 Westfield Avenue<br>Tinley Park, IL 60487 |