# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Gerard Walsh | § | Case No. 17-01196 |
| Julie Walsh | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 266,973.00
(Without deducting any secured claims)

Assets Exempt: 51,843.00

Total Distributions to Claimants: 7,821.00

Claims Discharged
Without Payment: 3,123,145.10

Total Expenses of Administration: 1,794.60

3) Total gross receipts of $ 9,615.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,615.60 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 253,367.00 | $ 4,515.97 | $ 4,515.97 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,794.60 | 1,794.60 | 1,794.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,879,932.71 | 1,343,642.43 | 1,343,642.43 | 7,821.00 |
| **TOTAL DISBURSEMENTS** | $ 3,133,299.71 | $ 1,349,953.00 | $ 1,349,953.00 | $ 9,615.60 |

4)  This case was originally filed under chapter 7 on  01/16/2017 .  The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/01/2018                    By:/s/Zane L. Zielinski, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund For 2016 | 1124-000 | 6,738.00 |
| Harris Bank | 1129-000 | 2,877.60 |
| TOTAL GROSS RECEIPTS | | $9,615.60 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, 200 Renaissance Ctr Detroit, MI 48243 | | 8,677.00 | NA | NA | 0.00 |
| | Capital One Auto Finan, Credit Bureau Dispute Plano, TX 75025 | | 4,845.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage, P.O. Box 10335 Des Moines, IA 50306 | | 30,000.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage, P.O. Box 10335 Des Moines, IA 50306 | | 205,000.00 | NA | NA | 0.00 |
| 3 | Capital One Auto Finance, | 4110-000 | 4,845.00 | 4,515.97 | 4,515.97 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 253,367.00 | $ 4,515.97 | $ 4,515.97 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,711.56 | 1,711.56 | 1,711.56 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 11.50 | 11.50 | 11.50 |
| Associated Bank | 2600-000 | NA | 71.54 | 71.54 | 71.54 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,794.60 | $ 1,794.60 | $ 1,794.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Lab, P.O. Box 27901 Milwaukee, WI 53227 | | 284.50 | NA | NA | 0.00 |
| | Best Buy, P.O. Box 78009 Phoenix, AZ 85062 | | 969.93 | NA | NA | 0.00 |
| | Bridges, 9742 South 51st Ave Oak Lawn, IL 60453 | | 0.00 | NA | NA | 0.00 |
| | Buckley Electric, 30 E. Huron St., Apt. 5106 Chicago, IL 60611 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CC Wagner, 6401 S. Archer Summit Argo, IL 60501 | | 400.00 | NA | NA | 0.00 |
| | Citi Card, P.O. Box 6077 Sioux Falls, SD 57117 | | 9,884.96 | NA | NA | 0.00 |
| | Citi, Po Box 6241 Sioux Falls, SD 57117 | | 10,214.00 | NA | NA | 0.00 |
| | CMRE Financial, 3075 East Imperial Hwy Suite 200 Brea, CA 92821-6753 | | 94.91 | NA | NA | 0.00 |
| | Daltile, 316 Hubbard Chicago, IL 60654 | | 6,000.00 | NA | NA | 0.00 |
| | Elliott Carpentry, 14236 S. Union Ave. Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |
| | FirstMerit Bank, N.A., c/o FactorLaw 105 W. Madison St., Ste. 1500 Chicago, IL 60602 | | 1,334,802.27 | NA | NA | 0.00 |
| | Forster & Garbus LLP, 60 Motor Parkway Commack, NY 11725-5710 | | 2,669.98 | NA | NA | 0.00 |
| | Gaberial, PO Box 5376 Hinsdale, IL 60522 | | 3,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harry Miller, 3900 W 127th Alsip, IL 60803 | | 11,000.00 | NA | NA | 0.00 |
| | Helsel Jepperson, 103 Halsted Chicago Heights, IL 60411 | | 6,000.00 | NA | NA | 0.00 |
| | JMB, 690 S. Prospect Elmhurst, IL 60126 | | 7,000.00 | NA | NA | 0.00 |
| | Kohls/capone, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,118.00 | NA | NA | 0.00 |
| | Marie McEntee, c/o Stone Pogrund & Korley LLC 1 East Wacker Dr., Ste. 2610 Chicago, IL 60601 | | 107,000.00 | NA | NA | 0.00 |
| | Mario Trees Service, 1500 Goldengate Dr. Addison, IL 60101 | | 2,000.00 | NA | NA | 0.00 |
| | Mike Coyle | | 0.00 | NA | NA | 0.00 |
| | Morrisey Builders, 620 N. Willow Road Elmhurst, IL 60126 | | 4,000.00 | NA | NA | 0.00 |
| | Municipal Collection Services, P.O. Box 327 Palos Heights, IL 60463 | | 1,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivables Performance, 20816 44th Ave W Lynnwood, WA 98036 | | 225.00 | NA | NA | 0.00 |
| | Regional Recovery Serv, 5252 Hohman Hammond, IN 46325 | | 219.00 | NA | NA | 0.00 |
| | Regional Recovery Services, Inc., P.O. Box 3333 Munster, IN 46321 | | 219.00 | NA | NA | 0.00 |
| | Schaaf Window Co., INC., 18445 Thompson Court Tinley Park, IL 60477 | | 21,182.22 | NA | NA | 0.00 |
| | Schilling, 9900 191 St. Mokena, IL 60448 | | 2,000.00 | NA | NA | 0.00 |
| | State Collection Service INC, 2509 South Stoughton Road Madison, WI 53716 | | 967.00 | NA | NA | 0.00 |
| | Sunrise Credit Service, 234 Airport Plaza Blvd S Farmingdale, NY 11735 | | 666.00 | NA | NA | 0.00 |
| | Sunrise Credit, P.O. Box 9100 Farmingdale, NY 11735-9100 | | 666.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Td Bank Usa/targetcred, Po Box 673 Minneapolis, MN 55440 | | 2,818.00 | NA | NA | 0.00 |
| | Village of Matteson, PO Box 6279 Carol Stream, IL 60197-6279 | | 1,500.00 | NA | NA | 0.00 |
| 2 | American Infosource Lp As Agent For | 7100-000 | 2,818.00 | 2,853.81 | 2,853.81 | 16.61 |
| 6 | Capital One, N.A. | 7100-000 | 1,118.36 | 1,118.36 | 1,118.36 | 6.51 |
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 977.00 | 977.69 | 977.69 | 5.69 |
| 10 | The Huntington National Bank | 7100-000 | 1,334,802.27 | 1,337,152.92 | 1,337,152.92 | 7,783.23 |
| 5 | Capital One Bank (Usa), N.A. | 7100-001 | 404.00 | 487.11 | 487.11 | 2.84 |
| 4 | Marquette Vision Center | 7100-001 | 316.50 | 316.50 | 316.50 | 1.84 |
| 8 | Regional Recovery Services, Inc. | 7100-001 | 219.00 | 219.00 | 219.00 | 1.27 |
| 9 | Synchrony Bank | 7100-001 | 381.00 | 381.54 | 381.54 | 2.22 |
| 7 | T Mobile/T-Mobile Usa Inc | 7100-001 | 94.91 | 135.50 | 135.50 | 0.79 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,879,932.71 | $ 1,343,642.43 | $ 1,343,642.43 | $ 7,821.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 17-01196 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Gerard Walsh | | | | | Date Filed (f) or Converted (c): | 01/16/2017 (f) |
| | Julie Walsh | | | | | 341(a) Meeting Date: | 02/16/2017 |
| For Period Ending: | 08/01/2018 | | | | | Claims Bar Date: | 06/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19339 Westfield Avenue Tinley Park Il 60487-0000 Will | 295,000.00 | 0.00 | | 0.00 | FA |
| 2. 2008 Hyundai Veracruz | 4,500.00 | 0.00 | | 0.00 | FA |
| 3. 2010 Chevy Equinox | 5,000.00 | 0.00 | | 0.00 | FA |
| 4. Washer, Dryer, Couch, Table, Kitchenware, Household Furnitur | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 2 Tv's Computers 4 Phones | 300.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Everyday Clothes For Family Of 5 | 300.00 | 0.00 | | 0.00 | FA |
| 7. Engagement Ring And Costume Jewelery | 500.00 | 0.00 | | 0.00 | FA |
| 8. Dog | 0.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 10. Harris Bank | 6,742.60 | 2,877.60 | | 2,877.60 | FA |
| 11. Refund For 2016 | 6,738.00 | 6,738.00 | | 6,738.00 | FA |
| 12. Term Insurance Through Employers | 0.00 | 0.00 | | 0.00 | FA |
| 13. Tax Refund for 2015 (u) | 2,285.00 | 0.00 | | 0.00 | FA |
| 14. Tax Refund for 2014 (u) | 6,016.00 | 0.00 | | 0.00 | FA |
| 15. Dublin Builders, Inc. (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $328,431.60    $9,615.60    $9,615.60    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee needs to object to a secured claim, and then prepare the Trustee's final report

Exhibit 8

RE PROP #        11    --    The Debto amened the schedules to include amount of refund.

Initial Projected Date of Final Report (TFR): 01/31/2018          Current Projected Date of Final Report (TFR): 01/31/2018

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-01196 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Gerard Walsh | Bank Name: Associated Bank |
| Julie Walsh | Account Number/CD#: XXXXXX1619 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/17 | 11 | Tax Refund | 2016 Tax Refund | 1124-000 | $6,738.00 | | $6,738.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,728.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,718.00 |
| 06/05/17 | 10 | Gerald Walsh and Julie E Walsh 19339 Westfield Avenue Tinley Park, IL 60477-5560 | Bank Account | 1129-000 | $2,877.60 | | $9,595.60 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,585.60 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.10 | $9,572.50 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.23 | $9,558.27 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.21 | $9,544.06 |
| 03/23/18 | 5001 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Distribution | | | $1,723.06 | $7,821.00 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($1,711.56) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($11.50) | 2200-000 | | | |

Page Subtotals: $9,615.60   $1,794.60

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | |
|---|---|---|---|---|
| Case No: 17-01196 | | Trustee Name: Zane L. Zielinski, Trustee | |
| Case Name: Gerard Walsh | | Bank Name: Associated Bank | |
| Julie Walsh | | Account Number/CD#: XXXXXX1619 | |
| | | Checking | |
| Taxpayer ID No: | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 08/01/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/18 | 5002 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 representing a payment of 0.58 % per court order. | 7100-000 | | $5.69 | $7,815.31 |
| 03/23/18 | 5003 | American Infosource Lp As Agent For Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 2 representing a payment of 0.58 % per court order. | 7100-000 | | $16.61 | $7,798.70 |
| 03/23/18 | 5004 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $8.96 | $7,789.74 |
| | | Marquette Vision Center | Final distribution to claim 4 representing a payment of 0.58 % per court order. ($1.84) | 7100-001 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 5 representing a payment of 0.58 % per court order. ($2.84) | 7100-001 | | | |
| | | T Mobile/T-Mobile Usa Inc | Final distribution to claim 7 representing a payment of 0.58 % per court order. ($0.79) | 7100-001 | | | |
| | | Regional Recovery Services, Inc. | Final distribution to claim 8 representing a payment of 0.58 % per court order. ($1.27) | 7100-001 | | | |
| | | Synchrony Bank | Final distribution to claim 9 representing a payment of 0.58 % per court order. ($2.22) | 7100-001 | | | |
| 03/23/18 | 5005 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 6 representing a payment of 0.58 % per court order. | 7100-000 | | $6.51 | $7,783.23 |
| 03/23/18 | 5006 | The Huntington National Bank<br>Z James Liu<br>105 W Madison St Suite 1500<br>Chicago Il 60602 | Final distribution to claim 10 representing a payment of 0.58 % per court order. | 7100-000 | | $7,783.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,615.60 | $9,615.60 |
| Page Subtotals: | $0.00 | $7,821.00 |

Case 17-01196   Doc 38   Filed 08/09/18   Entered 08/09/18 14:25:03   Desc Main

Document        Page 14 of 15

Exhibit 9

| | | |
|---|---|---|
| Less: Bank Transfers/OD's | $0.00 | $0.00 |
| Subtotal | $9,615.60 | $9,615.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,615.60 | $9,615.60 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1619 - Checking | $9,615.60 | $9,615.60 | $0.00 |
| | $9,615.60 | $9,615.60 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,615.60 |
| Total Gross Receipts: | $9,615.60 |

Page Subtotals:                    $0.00          $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*